UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60548-CIV-SINGHAL/VALLE

STACY STUART,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion and Petition for Attorney's Fees under the EAJA (DE [20]), which was referred to Magistrate Judge Alicia O. Valle for Report and Recommendation. Judge Valle issued a Report and Recommendation (DE [21]) on November 17, 2021, recommending that Plaintiff's Motion be granted and that Plaintiff be awarded $3,477.62 in fees and $402 in costs. No objections to the Report and Recommendation have been filed, and the Court has reviewed *de novo* the entire file. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Judge Valle's Report and Recommendation (DE [21]) is **AFFIRMED** and **ADOPTED** in its entirety. Plaintiff's Unopposed Motion and Petition for Attorney's Fees under the EAJA (DE [20]) is **GRANTED**. Plaintiff is awarded a total of **$3,477.62** in fees and **$402** in costs, to be paid to Plaintiff's counsel once the U.S. Department of Treasury determines that Plaintiff owes no debt to the United States.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of November 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF